# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ALLSTATE INSURANCE COMPANY,

    Plaintiff/Judgment Creditor,

v.

DAEHYUN CHOI and HYUN JOO KWAN,

    Defendants/Judgment Debtors,[1]

v.

JPMORGAN CHASE BANK, N.A.,

    Garnishee.

Case No. MC17-0030RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

    This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtors, Daehyun Choi and Hyun Joo Kwan, have a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, JPMorgan Chase Bank, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the attached Writ of Garnishment.

    Dated this 26th day of April, 2017.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

---

[1] The caption has been altered to align the parties with their respective roles in this miscellaneous action.

ORDER TO ISSUE WRIT OF GARNISHMENT